IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES LESLIE BAILEY, #187 785, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-747-RAH |
| OFFICER COPPINS, | ) |
| Defendant. | ) |

## **ORDER**

On November 19, 2019, the Magistrate Judge filed a Recommendation (Doc. 4) to which no objections were filed. Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED, without prejudice.

A Final Judgment will be entered separately.

DONE this 18th day of December, 2019.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE